**Harold V. DAVIS, Claimant–Appellant,**

**v.**

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2011–7063.**

United States Court of Appeals, Federal Circuit.

March 11, 2011.

**ON MOTION**

**ORDER**

Harold V. Davis files a motion seeking dismissal of his appeal to this court, in response to a previous order directing the parties to show cause why this appeal should not be dismissed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) All other pending motions are moot.